UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 04-61385-CIV-HUCK/O'SULLIVAN

JOHN WILLIAMS
    Plaintiff,
v.
ROBERT B. CARNEY, et al.,
    Defendants.
_____/

### ORDER

THIS MATTER comes before the Court on Defendant's Renewed Motion to Enter Judgment (DE# 100 6/06/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

(S.D. Fla. L.R. 7.1(c)).  (Emphasis supplied).  Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiff shall file a response to Defendant's Renewed Motion to Enter Judgment (DE# 100 6/06/08) on or before **Wednesday, July 9, 2008**.  The failure to file a response may result in an Order granting the motion in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this **25th** day of June, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

Sent by Chambers to:
John Williams, pro-se
3115 Terramar Street
Fort Lauderdale, FL 33304